### Harold BRUEN, III, Appellant

v.

### PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellees

No. 39 MAP 2017

Supreme Court of Pennsylvania.

October 20, 2017

### ORDER

PER CURIAM

AND NOW, this 20th day of October, 2017, the Notice of Appeal is quashed.

### COMMONWEALTH of Pennsylvania, Respondent

v.

### Tanya Marie BROWN, Petitioner

No. 303 WAL 2017

Supreme Court of Pennsylvania.

November 29, 2017

### ORDER

PER CURIAM

AND NOW, this 29th day of November, 2017, the Petition for Allowance of Appeal is **GRANTED**. The order of the Superior Court is **REVERSED**. *See Commonwealth v. Muniz*, 164 A.3d 1189 (Pa. 2017). The Commonwealth's Application for Relief is **DENIED**. Petitioner's Application for Expedited Review is **DENIED** as moot.